UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORRINE MELTON,

    Petitioner,

v.

CASE NO. 2:08-CV-11018
HONORABLE PATRICK J. DUGGAN

CLARICE STOVALL,

    Respondent.
                                     /

## **JUDGMENT**

Michigan prisoner Corrine Melton ("Petitioner"), by and through her attorney F. Randall Karfonta, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 asserting that she is being held in violation of her constitutional rights. Petitioner challenges her convictions in 2004, following a jury trial in the Tuscola County Circuit Court, for first-degree home invasion in violation of Michigan Compiled Laws § 750.110a(2), six counts of larceny of a firearm in violation of Michigan Compiled Laws § 750.357b, larceny in a building in violation of Michigan Compiled Laws § 750.360, and possession of a firearm during the commission of a felony in violation of Michigan Compiled Laws §750.227b. In an Opinion and Order entered on this date, the Court held that Petitioner is not entitled to habeas relief.

Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application

1

for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: July 20, 2010

                                                   s/PATRICK J. DUGGAN
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
F. Randall Karfonta, Esq.
Brian O. Neill, Esq.